UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Angel Lazarindo Namina Zhuilema
       Petitioner

V.

CIVIL ACTION

NO.  1:26-cv-10268-ADB

Antone Moniz et al
       Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Electronic Order dated February 12, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

February 12, 2026
Date

/s/Caetlin McManus
Deputy Clerk